## 32575. WHITEHILL LAUNDRY v. DANIEL et al.

GARDNER, J. The evidence in the instant case, and the law applicable thereto being substantially the same as in the case of *Ætna Casualty & Surety Company* v. *Daniel*, ante, the decision in that case is controlling here.

*Judgment affirmed. MacIntyre, P. J., and Townsend, J., concur.*

DECIDED OCTOBER 11, 1949. REHEARING DENIED NOVEMBER 8, 1949.

*Craighead, Dwyer & Lavender, Clarke & Anderson,* for plaintiff in error.

*Fraser & Irwin, Haas & Hurt,* contra.